IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

CATHERINE STARK,

        Plaintiff,

v.                                             CIVIL ACTION NO. 2:13-cv-21637

BOSTON SCIENTIFIC CORPORATION,

        Defendant.

MEMORANDUM OPINION AND ORDER
(Plaintiff's Motion in Limine No. 2)

Pending before the court is the plaintiff's Motion in Limine No. 2 [ECF No. 96]. The Motion is an amalgamation of twelve motions in limine.

This case resides in one of seven MDLs assigned to the court by the Judicial Panel on Multidistrict Litigation ("MDL") concerning the use of transvaginal surgical mesh to treat pelvic organ prolapse and stress urinary incontinence ("SUI"). In the seven MDLs, there are more than 75,000 cases currently pending, approximately 19,000 of which are in the Boston Scientific Corporation ("BSC") MDL, MDL No. 2326.

Before motions in limine were filed, the court informed the parties of its expectations with respect to motions in limine:

> The court expects the parties to file motions in limine only for the purpose of precluding highly prejudicial statements in opening or closing statements or questions at trial that, once heard by the jury, cannot be easily cured by an

> instruction to disregard. The court will not provide advisory opinions on the admissibility of evidence a party may offer at trial and will summarily deny those motions as premature.

Pretrial Order No. 142, at 1.

The court will enforce the Federal Rules of Evidence at trial. All of the plaintiff's mostly unsupported and premature motions are **DENIED**.

The plaintiff's Motion in Limine No. 2 [ECF No. 96] is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:    May 25, 2016

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE